IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARMER ROBERSON**  **PLAINTIFF**

**VS.**  **4:20CV00776 JM/PSH**

**DREW COUNTY DETENTION FACILITY**  **DEFENDANT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, Plaintiff's notice, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 17th day of August, 2020.

UNITED STATES DISTRICT JUDGE